No. 02–9719.  DANIELS v. MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–9720.  HONESTY v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 02–9804.  NELSON v. GIOFFREDI AND ASSOCIATES ET AL. Ct. App. Tex., 7th Dist.  Certiorari denied.

No. 02–9808.  BROWN v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 02–9809.  ARNOLD v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 02–9810.  NGHIEM v. AGHA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9811.  WENDT v. WAKEFIELD.  C. A. 5th Cir.  Certiorari denied.

No. 02–9813.  MASON v. SPENDER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–9816.  WASHINGTON v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–9823.  FRANKLIN v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 02–9833.  HISTON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–9839.  WALKER v. MOSLEY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–9841.  EDWARDS v. LAVIGNE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–9848.  BILBREY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–9850.  WHITE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.